May Term, 1861.

SWINNEY v. THE STATE.

*W. T. Otto* and *J. S. Davis*, for the appellee.

------►•◄------

## SWINNEY v. THE STATE.

In an action by the State upon a forfeited recognizance, a copy of the recognizance must be filed with the complaint.

APPEAL from the *Allen* Common Pleas.

Thursday, June 6.

*Per Curiam.*—This was an action by *The State* against *Thomas W. Swinney* and others, upon a recognizance. The defendant demurred to the complaint, but his demurrer was overruled and he excepted. Issues of fact were then made

May Term, 1861.

and submitted to the Court, who found for the plaintiff, and, over a motion for a new trial, rendered judgment, &c. In this case, the record fails to show that a copy of the recognizance was filed with the complaint; and for that reason the proceedings must be held defective. *Price* v. *The Grand Rapids, &c. Railroad Co.*, 13 Ind. 58; *McClasky* v. *The Same Company, ante,* p. 96. These cases decide that "The rule, that when a pleading is founded upon a written instrument, the original, or a copy thereof, must be filed with the pleading, is imperative." 2 R. S., § 78, p. 44.

The judgment is reversed, with costs. Cause remanded, &c.

*M. Jenkinson,* for the appellant.